UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILLIE JAMES PEETE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05828-JRC<br><br>ORDER AMENDING BRIEFING SCHEDULE |

Based on the motion by Defendant (ECF No. 14) and without objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 22, 2011;

- Plaintiff shall file the Optional Reply Brief on or before May 6, 2011; and

- Oral argument, if desired, shall be requested by May 13, 2011.

DATED this 22nd day of March 2011.

                                                J. Richard Creatura
                                                United States Magistrate Judge