# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIE JAMES PEETE,** | Civil No. 3:10-cv-5828 JRC |
| Plaintiff, | **ORDER FOR EAJA FEES & EXPENSES** |
| vs. | |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security**, | |
| Defendant. | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No.5; Consent to Proceed Before a United States Magistrate Judge, ECF No.9.) This matter is before this Court on parties' Stipulation for EAJA Fees (ECF No. 20.)

Based on the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby ORDERED that EAJA attorney's fees of $4,166.42 and expenses of $18.78 for service by certified mail for a **total of $4,185.20** shall:

Order for EAJA Fees- 10-5828- page 1

1) Be awarded to plaintiff pursuant to Astrue v. Ratliff, ___ U.S. ___, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that plaintiff does not owe a debt, the government will honor plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to Rosemary B. Schurman.

Dated this 20th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

Order for EAJA Fees- 10-5828- page 2