UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE JAMES PEETE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 10-cv-05828 JRC<br><br>ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b) |

  This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 9). This matter is before the Court on plaintiff's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) and plaintiff's Amended Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Unopposed) (<u>see</u> ECF Nos. 22, 23).

1     The Court, having considered plaintiff's motions and the supporting documents, as well

2 as the facts that defendant's counsel is unopposed to this motion and plaintiff, WILLIE JAMES

3 PEETE, has no objection, hereby ORDERS as follows:

4     1)     The Court GRANTS plaintiff's Amended motion and authorizes reasonable

5 attorney's fees pursuant to 42 U.S.C. § 406(b) totaling $5,651.25, minus EAJA fees previously

6 awarded of $4,166.42, for a net award of $1,484.83.

7     2)     Defendant shall release the fee of **$1,484.83,** minus any applicable processing fee,

8 to plaintiff's attorney, Rosemary B. Schurman, Esq., via mail to Rosemary B. Schurman, Esq.,

9 8123 NE 115 Way, Kirkland , WA 98034 or via automatic deposit.

10     Dated this 4th day of May, 2012.

                        J. Richard Creatura
                        United States Magistrate Judge