# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

WILLIE JAMES PEETE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 10-cv-05828 JRC

ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b)

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 9). This matter is before the Court on plaintiff's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) and plaintiff's Amended Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Unopposed) (see ECF Nos. 22, 23).

The Court, having considered plaintiff's motions and the supporting documents, as well as the facts that defendant's counsel is unopposed to this motion and plaintiff, WILLIE JAMES PEETE, has no objection, hereby ORDERS as follows:

1) The Court GRANTS plaintiff's Amended motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) totaling $5,651.25, minus EAJA fees previously awarded of $4,166.42, for a net award of $1,484.83.

2) Defendant shall release the fee of **$1,484.83,** minus any applicable processing fee, to plaintiff's attorney, Rosemary B. Schurman, Esq., via mail to Rosemary B. Schurman, Esq., 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

Dated this 4th day of May, 2012.

_____
J. Richard Creatura
United States Magistrate Judge